**Filed**

SEP 09 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff <br> v. <br> RAMPUENG KAEORAWANG, <br> Defendant. | No. CR CR 11-00307 EJD <br> **ORDER OF THE COURT DISMISSING CHARGES IN THE INDICTMENT AS TO DEFENDANT KAEORAWANG** <br> Date: September 9, 2013 <br> Time: 1:30 p.m. <br> Court: Honorable Edward J. Davila |

On motion of the United States, and without objection from the defendant, the court hereby GRANTS leave to the United States to dismiss all charges in the indictment as to defendant Rampueng Kaeorawang. All charges against Ms. Kaeorawang are hereby ordered DISMISSED.

IT IS SO ORDERED.

Date: 9/9/13

HONORABLE EDWARD J. DAVILA
United States District Court Judge